**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CASEY H.,**

    **Plaintiff,**

                                  **Case No. 2:25-cv-583**
    **v.**                              **JUDGE EDMUND A. SARGUS, JR.**
                                    **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge. (ECF No. 13.) The time for filing objections has passed and no objections have been filed. Failure to object results in waiver of the right to a *de novo* review of the report and recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. (ECF No. 13.) For the reasons set forth therein, the Commissioner's non-disability finding is **OVERRULED,** and this action is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

The Clerk is **DIRECTED** to enter judgment and terminate this case on the docket.

    **IT IS SO ORDERED.**

**7/6/2026**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**